ASCENSION LAW GROUP
PAMELA TSAO( 266734)
17802 Irvine Blvd.
Suite A117
Tustin, CA 92780
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff JOHN HO

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HO, an individual<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SHIH PROPERTIES, INC., a California corporation;<br><br>　　　　Defendants. | Case No.: 8:17-cv-00192-JCG<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[Hon. Jay C. Gandhi presiding] |

1. Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice in its entirety. Each party shall bear his or its own costs and attorney's fees.

IT IS SO ORDERED

Dated ____May 10, 2017_____     _____
                                     Jay C. Gandhi, U.S. Magistrate Judge